# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1355. CONFESOR CHAPARRO v. THE STATE.**

In 2004, Confesor Chaparro was convicted of four counts of aggravated child molestation and on appeal, this Court affirmed his convictions. *Chaparro v. State*, 279 Ga. App. 145 (630 SE2d 645) (2006).[1] In November 2023, Chaparro filed a motion to vacate his sentence, claiming that it was illegal and therefore void. On December 14, 2023, the trial court entered an order denying the motion to vacate. Chaparro subsequently moved to vacate the trial court's December 14 order, arguing that he had not received notice of the same until the deadline for filing an appeal had passed. On March 19, 2024, the trial court denied that motion. Chaparro filed this direct appeal on April 15, 2024, explicitly seeking to appeal only the December 14 order. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). And the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here,

---

[1] Since that time, Chaparro has filed a number of motions seeking post-conviction relief, with the trial court denying each of those motions. The trial court's orders resulted in either an application or a direct appeal to this Court, each of which was either denied or dismissed. See Case Nos. A22A0592 (appeal dismissed Dec. 13, 2021); A19A1643 (appeal dismissed April 10, 2019); A17A2057 (appeal dismissed July 21, 2017); A14D0056 (application denied Oct. 18, 2013); A11A1862 (appeal dismissed June 20, 2011); A08D0343 (application dismissed May 2, 2008); A08D0111 (application dismissed Nov. 19, 2007).

Chaparro filed his notice of appeal 123 days after entry of the December 14 order denying his motion to vacate his sentence. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___05/21/2024_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.